

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Hon. Arnold W. Franklin
County Attorney
Atascosa County
Jourdanton, Texas

Dear Sir:

Opinion No. O-6902
Re: Whether that portion of the
Highway from Jourdanton through
Poteet to the Bexar County Line
was officially designated as
part of the State Highway
System at the time Atascosa
County delivered its deed to
the Highway Commission and
otherwise complied with require-
ments of Minute No. 17306.

We have your letter of October 30, 1945, together with
a letter from the Honorable Earl Scott, County Judge of Atascosa
County, dated October 25, 1945, to which is attached a brief of
the questions involved, submitted jointly by Judge Franklin and
you.

Inasmuch as the letter from Judge Scott, dated October
25, 1945, fully sets out the facts necessary to the determina-
tion of the question, we are copying it as follows:

"On or about March 3, 1928, Road District #3-A
of Atascosa County was created and bonds voted in
the amount of $165,000.00. During that year, 1928,
proceeds of these bonds were spent for the construc-
tion of approximately 13 miles of paved road, ap-
proximately 11 miles of which was from Poteet north
to the Bexar-Atascosa County Line.

"During the years 1935 and 1936, a hard-surfaced
highway was built from Poteet to Jourdanton. This road
was built with County funds and WPA projects, and no
bonds were issued for this purpose.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. Arnold W. Franklin, page 2

"For several years subsequent to the completion
of the road from Poteet to Jourdanton, many efforts
were made to have this road designated by the State
Highway Commission as a part of the State Highway
System.  On several occasions delegations appeared
before the State Highway Commission for this purpose
and finally on May 20, 1940, a delegation of 157
citizens of the Poteet community, headed by the Coun-
ty Judge of Atascosa County, together with a small
delegation from Bexar County, appeared before the
Commission, and at that meeting the following resolu-
tion was entered on the minutes of the State Highway
Commission:

'Minute No.17306
May 20, 1940

'In BEXAR AND ATASCOSA COUNTIES, it is
ordered that a highway be designated ex-
tending from a connection with the Highway
System at or near Jourdanton northerly to
a connection with U. S. Highway No. 81 near
the south city limits of San Antonio passing
in the vicinity of Poteet.

'This highway designation is made on
condition that the Counties involved will
agree in advance to transfer title of the
existing right-of-way to the State Highway
Department and on the further condition
that the Counties will supply such addi-
tional right-of-way in the future when so
requested as may be required of widths and
on location approved by the Highway Depart-
ment.  State maintenance of this designa-
tion will not be assumed until the Counties
have placed the existing road in an accepta-
ble state of repair.

'It is understood that the Highway
Department is not in position financially
to provide for construction or reconstruc-
tion of this designated highway at any time
in the near future.

'This order of the Commission will be-
come effective at such time as it is ac-
cepted officially by appropriate resolutions
passed by the governing bodies of Bexar and
Atascosa Counties.'

Hon. Arnold W. Franklin, page 3

"Immediately thereafter, at the next regular meeting of the Commissioners' Court at Atascosa County held on June 10, 1940, appropriate resolution was entered in the minutes of the Commissioners' Court of said County agreeing to the conditions of the designation and authorizing the County Judge to execute and deliver to the State Highway Department deed to the necessary right-of-way as required by the Department before taking this road over for maintenance. A certified copy of this resolution was furnished the Highway Department and a copy thereof is attached hereto. Shortly thereafter, by deed dated June 27, 1940, said right-of-way was conveyed to the State Highway Department and deed was delivered to the Division Engineer at San Antonio, Texas. The Division Engineer acknowledged receipt of same and reported that the deed had been forwarded to the main office of the Department at Austin, Texas. This deed is of record on page 234 of Volume 147 of the Deed Records of Atascosa County, Texas, and the title of this right-of-way has been in the State of Texas for more than five years by virtue of said deed. Certified copy of said deed is attached hereto. Also attached hereto are copies of letters from Highway Commissioners Bobbitt and Hines.

"It is admitted that Bexar County did not comply with the conditions of the designation of May 30,1940, and that the Highway Commission did not take over the maintenance of said highway from Poteet north until September 1, 1945, when it passed the following resolution:

'Minute 21383
August 22, 1945

'In ATASCOSA AND BEXAR COUNTIES, IT IS ORDERED that a State Highway be designated from the northern terminus of Highway No. 346 at Poteet in Atascosa County, extending northerly to San Antonio in Bexar County, and the State Highway Engineer is directed to assume maintenance of the existing road, which will serve as the temporary route for this highway, effective September 1st.'

Honorable Arnold W. Franklin, page 4.

"In view of the above facts all of which
are a matter of record with the Highway Depart-
ment and the Commissioners' Court at Atascosa
County, Texas, please answer the following
question: Was not that portion of the highway
from Jourdanton through Poteet to the Bexar
County Line officially designated as part of
the State Highway System at the time Atascosa
County delivered its deed to the Highway Com-
mission and otherwise complied with require-
ments of Minute No. 17306?

"I hand you herewith a brief covering the
question of law involved as I see it."

From your brief which is attached to your request for
opinion, we quote from page 3 of State Highway Commission Minute
No. 19374:

"Minute No. 19374 - 4-29-42    Highway #346

"In Atascosa and Bexar Counties:  It is or-
dered that Minute No. 17306 be and is hereby
cancelled.  It is further ordered that a Highway
be designated from Jourdanton to Poteet along
the route of the recently completed road and the
State Highway Engineer is directed to assume
maintenance thereon effective the date of this
Commission order."

From the facts contained in the brief submitted by
you, it is obvious that Atascosa County fully complied with
the provisions set out as conditions precedent in the Highway
Department's Minute No. 17306, as evidenced by your letter of
transmittal of the deed to the Highway Engineer and the subse-
quent recording of the deed in the Deed Records of Atascosa
County.  However, it is stated in your letter that "it is ad-
mitted that Bexar County did not comply with the conditions of
the designation of May 30, 1940. . . ."  Upon this admission,
we think our conclusion herein must be based.

Honorable Arnold W. Franklin, page 5

Opinion No.O-5935, dated April 25, 1944, and cited by you in your brief, was based upon a set of facts and upon a Minute of the State Highway Commission which did not contain a designation which would have the effect that the condition in Minute No. 17630 contained. The facts in the case upon which that opinion was predicated required nothing more than that the Commissioners' Court purchase the additional right-of-way and when the Commissioners' Court, being so directed, subsequently performed the act of acquiring the additional right-of-way, all conditions precedent had been met.

The condition to be performed in the instant situation required that the counties of Atascosa and Bexar comply with certain requirements, and quoting from such Minute, we find the following:

"This highway designation was made on condition that the counties involved will agree in advance to transfer title of the existing right-of-way to the State Highway Department and on the further condition that the counties will supply such additional right-of-way in the future when so requested as may be required of widths and on location approved by the Highway Department. State maintenance of this designation will not be assumed until the counties have placed the existing road in an acceptable state of repair."

In view of the express provisions of the act of the Highway Commission, as reflected in Minute No. 17306, the conditions precedent must be met by both counties before the Highway Commission's act would be construed by us to constitute a designation for state highway purposes and make such county road a part of the State Highway System.

The State Highway Commission is delegated the discretionary power to select the roads and/or routes which shall constitute the State Highway System, and they are also authorized to make such designations as they see fit with conditions to be performed by the counties before a temporary or preliminary designation becomes a final designation sufficient to bring such county road into the State Highway System. We find nothing in the statutes which would preclude the Highway Department from making

such preliminary designations and nothing to prevent them from imposing upon the counties a condition precedent before a final designation should be made.

Atascosa County performed its part of the requirement of the conditional designation and it is perhaps unfortunate that she could not prevail upon her sister county to comply as readily in order that such Highway could have been finally designated in 1940; however, such omission of Bexar County was fatal to the conditional designation as the offer or tender of the Highway Commission was not accepted.

Therefore, it is the opinion of this department that the portion of the Highway from Jourdanton to Poteet along the route as set out in Minute No. 19374 of the State Highway Commission, dated April 29, 1942, became a part of the State Highway System of this State on such date of April 29, 1942, and that the remainder of the county road referred to in your inquiry did not become a part of the State Highway System by designation until August 22, 1945, at which time the State Highway Commission, by Minute No. 21383, finally designated such route extending from Poteet in Atascosa County northerly to San Antonio in Bexar County.

Our Opinion No. O-5935, above referred to, and cited by you in your brief, is not in conflict with the conclusions herein reached, for the facts discussed in that opinion are entirely different from the facts in the instant case.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By _Harris Toler_

Harris Toler,
Assistant.

HT:rt